UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL BELTRAN, CIPRIANO MORALES, JAIME VELA and SHELDON JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED SUBCONTRACTORS, INC. d/b/a BOB'S INSULATION and SUPERIOR INSULATION,<br><br>Defendant. | Case No. 4:10-cv-00572-MHW<br><br>**ORDER OF APPROVAL OF SETTLEMENT AND DISMISSAL** |

Pursuant to the parties' Stipulation for Approval of Settlement and Dismissal (Document No. 28), it is HEREBY ORDERED THAT:

1. The Court, having reviewed the Confidential Settlement Agreement entered into by the parties to this action, finds that the settlement: (a) is fair to Plaintiffs; (b) reasonably resolves a bona fide disagreement between the settling parties with regard to the merits of the claims asserted by Plaintiffs; and (c) demonstrates a good faith intention by the parties that Plaintiffs' claims be fully and finally resolved and not re-litigated in whole or in part at any point in the future.

2. Accordingly, the settlement described in the Stipulation for Approval of Settlement and Dismissal and in the Confidential Settlement Agreement is APPROVED by the Court;

3. This action is DISMISSED WITH PREJUDICE;

4. All parties shall bear their own costs and attorneys' fees except as otherwise provided in the Confidential Settlement Agreement.

DATED: August 8, 2011

_____
Honorable Mikel H. Williams
United States Magistrate Judge