UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DANIEL BELTRAN, CIPRIANO MORALES, JAIME VELA and SHELDON JOHNSON,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED SUBCONTRACTORS, INC. d/b/a BOB'S INSULATION and SUPERIOR INSULATION,<br><br>Defendant. | Case No. 4:10-cv-00572-MHW<br><br>**JUDGMENT** |

Based on the Order of Approval of Settlement and Dismissal (Dkt. 29) entered on August 8, 2011, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE. Additionally, this case is hereby ordered closed.



DATED: August 8, 2011

Honorable Mikel H. Williams
United States Magistrate Judge